# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KODY MURPHY and KRISTAN MURPHY,<br><br>Plaintiffs,<br><br>v.<br><br>EXCEL SITE RENTALS LLC,<br><br>Defendant. | No. 4:17-CV-02353<br><br>(Judge Brann) |

## **ORDER**

**AND NOW**, this 26th day of July 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 57, is **DENIED**. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge